| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 93-00112-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 4-05CR-096-A |

| NAME AND ADDRESS OF SUPERVISED RELEASED: Michael Thomas | DISTRICT Southern District of Alabama | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Richard W. Vollmer, Jr. | |
| | DATES OF SUPERVISED RELEASE: | FROM 10/08/04 — TO 10/07/09 |

**OFFENSE**
Conspiracy to Possess with Intent to Distribute Crack Cocaine, 21 U.S.C. Section 846; Possession with Intent to Distribute Cocaine Base, 21 U.S.C. Section 841(a)(1); Possession of a Firearm by Convicted Felon, 18 U.S.C. 922(g)(1),

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUN - 6 2005
CLERK, U.S. DISTRICT COURT
By_____ Deputy

5/18/05
Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

6/6/05
Effective Date — United States District Judge